Cite as 2022 Ark. 184

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | **Opinion Delivered:** October 6, 2022 |

## PER CURIAM

Cindy Gillespie, Secretary, Arkansas Department of Human Services, is retiring from her position at the Arkansas Department of Human Services. In her official capacity as Secretary of the Department, she has served as a Standing Commission Member of the Arkansas Supreme Court Commission on Children, Youth, and Families since 2016. We thank her for her years of valuable service and commitment to the Commission and wish her well in her retirement.